IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY D. GARLAND,

       Plaintiff,

v.                                                                                                      4:13cv14-WS

JON S. WHEELER, JUDGE SHELFER,
BOB INZER, and THOMAS D. HALL,

       Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 15, 2013. See Doc. 4. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed under the "three strikes" provision of 28 U.S.C. § 1915(g). The plaintiff has filed objections to the magistrate judge's report and recommendation.

This court having considered the record, including the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE under the "three strikes" provision of 28 U.S.C. § 1915(g).

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

4. The clerk shall note on the docket sheet that the case was dismissed under 28 U.S.C. § 1915(g).

DONE AND ORDERED this ___7th___ day of ___February___, 2013.


                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE